

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2017

No. 04-16-00743-CR

Paul **SALAZAR,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5303
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

The court reporter's notification of late record is hereby GRANTED. Time is extended to February 17, 2017. **NO FURTHER EXTENSIONS WILL BE ALLOWED.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court